UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

    Plaintiff,

v.   Case No. 3:25cv436-LC-HTC

MAILROOM SRCI, et al.,

    Defendants.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on March 31, 2025 (ECF No. 6), recommending that this case be dismissed without prejudice because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he is in imminent danger of serious physical injury; and, also on the separate and independent ground that Plaintiff failed to truthfully disclose his litigation history, which is malicious under 28 U.S.C. § 1915A(b)(1). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he is in imminent danger of serious physical injury; and, also on the separate and independent ground that Plaintiff failed to truthfully disclose his litigation history, which is malicious under 28 U.S.C. § 1915A(b)(1).

3. Plaintiff's motion for preliminary injunction (ECF No. 3) is DENIED AS MOOT.

4. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of April, 2025.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**